

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00368-CV

**IN THE INTEREST OF L.A.S.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019EM500341
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's March 21, 2022 order is reversed and the cause remanded for a new final orders hearing. Costs of the appeal are assessed against Appellee.

SIGNED December 6, 2023.

_____
Patricia O. Alvarez, Justice